USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/3/12

LAW OFFICES OF
DANIEL W. ISAACS
A PROFESSIONAL LIMITED LIABILITY COMPANY
305 BROADWAY, SUITE 202
NEW YORK, NEW YORK 10007
TEL: (212) 925-3000
FAX: (212) 925-3666

BY ECF

RECEIVED
JAN 03 2012
CHAMBERS OF
ANDREW J. PECK

MEMO ENDORSED 1/3/12

Settle conf rescheduled to 1/25 at 3PM. No further extensions. Any extensions of any litigation deadlines can be based on this. Settlement memos due 1/20. Clients to attend, etc. as per my prior order only.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

January 3, 2012

**VIA FACSIMILE (212) 805-7933**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jane Marks v. Club Med Sales, Inc., et al.
Docket No.: ~~09-CV-4752~~ 11 Civ. 0609

Dear Judge Peck:

This office represents the plaintiff in the above-referenced action. Please accept this letter as a joint request for a final adjournment of the Settlement Conference presently scheduled for Thursday, January 5th, 2012. I very much apologize to the Court but have not yet ascertained plaintiff's medical bills and applicable liens without which fruitful discussions regarding settlement cannot be held.

In addition I, as well as defendant's counsel, had mistakenly believed that the conference had been adjourned and therefore did not prepare a settlement memo. It is therefore requested that a final adjournment be granted until the end of this month in order that I have the necessary information to engage in productive settlement discussions.

My apologies again to the Court.

Very truly yours,

**LAW OFFICES OF DANIEL W. ISAACS, PLLC**

DANIEL W. ISAACS

cc: Strongin, Rothman & Abrams, LLP

Copies faxed to all counsel & Judge Holwell

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y.  10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  _January 3, 2012_          Total Number of Pages:  _2_

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Settlement conf. rescheduled to _1/25 at 3 PM_.  No further extensions.  And no extensions of any litigation deadline can be based on this.  Settlement memos due 1/20.  Clients to attend, etc., as per original settlement order.

Copies **by ECF** to:  All Counsel
                       Judge Richard J. Holwell